BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

MATTHEW UHALDE
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ELIZABETH CARTER, | ) | |
| | ) | Case No. 1:26-cv-00045 |
| Plaintiff, | ) | |
| | ) | **Motion to Extend Time to Answer** |
| v. | ) | **Complaint** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 26, 2026, Plaintiff Elizabeth Carter filed a *pro se* complaint against the United States seeking a tax refund related to an alleged net operating loss carryback.

In response to the complaint, the IRS has begun gathering Ms. Carter's tax records and investigating her allegations. But the IRS needs more time to do so before the United States can sufficiently respond to Ms. Carter's complaint. Therefore, to allow the United States enough time to evaluate Ms. Carter's suit, the United States moves to extend its deadline to answer the complaint to May 19, 2026.

Undersigned counsel has not been able to contact Ms. Carter to ask whether she consents to this motion. Her court filings do not provide any email address or phone number to reach her at. In addition, on February 4, 2026, Ms. Carter filed a notice indicating that she would be

1

unavailable from March 11 through March 23, 2026 due to being "out of town." Dkt. 4.

Accordingly, mail to Ms. Carter's address on file with the court would not be a means for the

United States to reach Ms. Carter during this time period.

Respectfully submitted March 23, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*/s/ Matt Uhalde*
MATTHEW UHALDE
Trial Attorney
United States Department of Justice

**Certificate of Service**

I certify that on March 23, 2026, I filed this document via CM/ECF. In addition, I am mailing the foregoing to the following:


Elizabeth Carter
3808 Mountain View Dr
Boise, Idaho 83704

*/s/ Matt Uhalde*
MATTHEW UHALDE
Trial Attorney
United States Department of Justice
