Elizabeth Carter
3808 Mountain View Dr
Boise, Idaho 83704

April 2, 2026

Matthew Uhalde
Trial Attorney
Tax Litigation Branch
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

Dear Mr. Uhalde:

I am writing to acknowledge receipt of the following filings in Carter v. United States, Case No. 1:26-cv-00045, and to notify counsel of record, including Matthew Uhalde, Brett A. Shumate, and Joshua Wu.

1. Notice of Appearance filed March 23, 2026;
2. Motion to Extend Time to Answer Complaint and accompanying [Proposed] Order; and
3. Confirmation that the operative Amended Complaint correcting venue was filed and served by me on March 26, 2026.

Please note that I am appearing *pro se* and intend to receive and respond to all communications exclusively by mail. I do not provide email or phone contact and respectfully request that this preference be observed.

I will confirm with the Clerk of the Court that the docket reflects my Amended Complaint.

Thank you for your attention.

Sincerely,

/s/ Elizabeth Carter
Elizabeth Carter, *pro se*

U.S. COURTS

APR 02 2026

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO