# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

ELIZABETH CARTER,

Plaintiff, Pro Se,

v. Case No. 1:26-CV-00045-BLW

UNITED STATES OF AMERICA,

Defendant.

U.S. COURTS

JUL 09 2026

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Elizabeth Carter respectfully submits this Notice to bring to the Court's attention one additional statutory ground confirming the timeliness of her informal refund claim.

In her Sur-Reply filed June 22, 2026, Plaintiff established that October 15, 2022 was the correct § 6511(d)(2) deadline and that her 2021 federal tax return was received by the IRS on that date pursuant to Karla Dennis & Associates' e-filing submission.

Plaintiff has since confirmed that October 15, 2022 fell on a Saturday. Under 26 U.S.C. § 7503:

*"When the last day prescribed under authority of the internal revenue laws for performing any act falls on Saturday, Sunday, or a legal holiday, the performance of such act shall be considered timely if it is performed on the next succeeding day which is not a Saturday, Sunday, or a legal holiday."*

The next succeeding business day after Saturday, October 15, 2022 was Monday, October 17, 2022. Section 7503 applies automatically as a matter of statutory law to any act whose deadline falls on a weekend — including the filing of refund claims under § 6511(d)(2).

Defendant's own certified account transcript, filed as Exhibit 1 to Defendant's Motion to Dismiss (Dkt. 13-1), confirms that Plaintiff's 2021 federal tax return was received by the IRS on October 17, 2022 — the legal deadline by operation of § 7503. Karla Dennis & Associates, the firm that e-filed Plaintiff's 2021 return, has confirmed that a lag between electronic submission and IRS posting is typical and that the firm files returns in strict accordance with deadlines.

Section 7503 confirms what Plaintiff argued in her Sur-Reply: her 2021 return was filed on the legal deadline. The § 6511(d)(2) base date of October 15, 2019 — the extended due date of Plaintiff's 2018 return confirmed in Dkt. 13-1 — plus three years equals October 15, 2022. Because October 15, 2022 was a Saturday, § 7503 automatically extended that deadline to October 17, 2022 — the date the IRS transcript confirms the return was received. Plaintiff's informal refund claim was therefore filed on the legal deadline as a matter of statutory law. There is no untimeliness under any construction of the applicable limitations period.

Respectfully submitted,

Elizabeth Carter

Plaintiff, Pro Se

3808 Mountain View Dr

Boise, Idaho 83704

Date: _____ 7/9/26

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated above, I filed the foregoing Notice with the Clerk of the Court for the United States District Court for the District of Idaho by hand delivery, and caused a copy to be served upon counsel for Defendant by United States certified

mail, postage prepaid, addressed to: Matthew Uhalde, Trial Attorney, Tax Division, United States Department of Justice, P.O. Box 683, Washington, D.C. 20044.

Date: _____ 7/9/26

Elizabeth Carter, Plaintiff, Pro Se